**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:11-CV-24438-DPG**

**SECURITIES AND EXCHANGE**
**COMMISSION,**

           **Plaintiff,**

**v.**

**STIEFEL LABORATORIES INC.**
**and CHARLES W. STIEFEL,**

           **Defendants.**
_____/

**UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL**

      Pursuant to Local Civil Rule 11.1(d)(3), Christopher E. Martin, moves to withdraw as counsel for the Securities and Exchange Commission ("SEC") in this matter. In support of this request, the undersigned states as follows:

1. Mr. Martin will no longer be representing the SEC, because he is retiring from the SEC.

2. Final Judgment has already been entered in this matter, so no pretrial proceedings, discovery, hearings, or trial will be delayed because of Mr. Martin's withdrawal.[1]

3. Accordingly, the SEC respectfully requests that the Court grant this motion and allow Mr. Martin to withdraw as counsel for the SEC. Copies of this motion will be served contemporaneously via ECF on opposing counsel and the SEC (through its remaining counsel of record, Alise Johnson).

---

[1] Yesterday, the SEC filed its Motion for an Order Approving Final Accounting, Approving Payment of Residual Funds to the U.S. Treasury, Discharging Distribution Agent, and Terminating Distribution Fund (DE 298), which, if granted by the Court, would discharge Mr. Martin as Distribution Agent to the Fair Fund.

**LOCAL RULE 7.1(a)(2) CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that undersigned counsel for the Plaintiff conferred with counsel for Defendants via email and there was no objection to the relief sought in this motion.

A proposed order is submitted herewith.

March 21, 2025

Respectfully submitted,

***Christopher E. Martin***
Christopher E. Martin, Esq.
Senior Trial Counsel
SD Fla. Bar No. A5500747
1961 Stout St., Suite 1700
Denver, CO 80294
Direct Dial: (303) 844-1106
Email: martinc@sec.gov

and

Alise Johnson
Senior Trial Counsel
Fla. Bar No. 0003270
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Direct Dial: (786) 626-7399
Email:  johnsonali@sec.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 21st day of March 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive Notices of Electronic Filing electronically.

***Christopher E. Martin***
Christopher E. Martin, Esq.
